**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZURI S.K. YOUNG,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA, ET AL.,<br><br>　　　　　Respondents. | NO. CV 18-2208-AG(E)<br><br><br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 31, 2018.

　　　　　　　　　／s／ Andrew J. Guilford
　　　　　　　　　_____
　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　UNITED STATES DISTRICT JUDGE